IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CLARENCE JOHNSON, JR.**                                            **PLAINTIFF**

**V.**                                   **NO. 4:18-CV-214-DMB-JMV**

**ALLEGIANCE SPECIALITY HOSPITAL**
**OF GREENVILLE, LLC**                                       **DEFENDANT**

## ORDER CLOSING CASE

On January 6, 2020, the Court was advised by letter e-mailed to the Court that "[t]he parties have resolved all differences" in this case. Accordingly, this case is **CLOSED**.[1]

**SO ORDERED**, this 22nd day of January, 2020.

                                                   **/s/Debra M. Brown**
                                                   **UNITED STATES DISTRICT JUDGE**

---

[1] As the Court previously advised the parties, if the parties want this case dismissed with prejudice, they must file a motion requesting such or a stipulation in accordance with Federal Rule of Civil Procedure 41.